JS-6

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| RAFAEL VILLAREAL, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | CV15-6581 DMG (FFMx) |
| v. | |
| ALFRED BROTHERS, et al., | **JUDGMENT**<br>**(Failure to Pay Full Filing Fee)** |
| DEFENDANT(S). | |

On _____10/14/15_____, plaintiff was permitted, pursuant to 28 U.S.C. § 1915, to file the above-referenced action without prepayment of the full filing fee of $350.00, but plaintiff was ordered to pay to the Clerk of Court the ☐ full filing fee ☑ initial partial filing fee.

By Order to Show Cause dated _____11/04/15_____, plaintiff was ordered to show cause why this action should not be dismissed without prejudice for plaintiff's failure to timely pay the ☐ full filing fee ☑ initial partial filing fee. Plaintiff has failed to file a sufficient response to the Order to Show Cause or pay the ☐ full filing fee ☑ inititial partial filing fee within the time allowed.

THEREFORE, IT IS ADJUDGED that this action is dismissed without prejudice for plaintiff's failure to comply with 28 U.S.C. § 1915.


_November 19, 2015_
Date

_Dolly M. Gee_
United States District Judge


Presented by:


United States Magistrate Judge